UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

  v.                                      NO. CIV. S-05-2331 LKK/DAD

AUBURN MOTEL INVESTMENT
GROUP, LLC, et al.,

    Defendants.
_____/

**STATUS (PRETRIAL SCHEDULING) ORDER**

Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on January 23, 2006. SCOTT JOHNSON appeared <u>in propria persona</u>; LARRY ELAM appeared as counsel for defendants. After hearing, the court makes the following findings and orders:

**FURTHER STATUS CONFERENCE**

A further Status Conference is now SET for March 27, 2006 at 3:30 p.m. The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the

1

1  conference.

2      IT IS SO ORDERED.

3      DATED: January 23, 2006.

4                              /s/Lawrence K. Karlton
                               LAWRENCE K. KARLTON
5                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT