UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

           Plaintiff,

    v.

AUBURN MOTEL INVESTMENT GROUP, LLC; and EMPIRE MOTEL INVESTMENT GROUP, LLC,

           Defendants.
                              /

NO. CIV. S-05-2331 LKK/DAD

**STATUS (PRETRIAL SCHEDULING) ORDER**

Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on March 27, 2006. SCOTT JOHNSON appeared in propria persona; LARRY ELAM III appeared as counsel for defendants. After hearing, the court makes the following findings and orders:

**FURTHER STATUS CONFERENCE**

A further Status Conference is now SET for May 30, 2006 at 1:30 p.m. The parties are reminded of their obligation to file and

1

serve status reports not later than ten (10) days preceding the conference.

IT IS SO ORDERED.

DATED: March 29, 2006.

> /s/Lawrence K. Karlton
> LAWRENCE K. KARLTON
> SENIOR JUDGE
> UNITED STATES DISTRICT COURT