UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

   v.

AUBURN MOTEL INVESTMENT GROUP, LLC, et al.,

        Defendants.
                                   /

NO. CIV. S-05-2331 LKK/DAD

O R D E R

Pursuant to court order, a Status (pretrial scheduling) Conference is currently set for May 30, 2006.  On March 28, 2006, plaintiff filed an amended complaint naming four new parties. Defendants Babson and Dehdashti have answered, but failed to timely file a status report.  The court is unable to determine whether service on defendants Sterling Equity Investments and Trachuk Enterprises has been effected because plaintiff has failed to file the executed summonses for any defendant.

////

////

1

Accordingly, the court hereby ORDERS that:

1. The Status Conference currently set for May 30, 2006 is CONTINUED to July 24, 2006 at 2:00 p.m. in Chambers;

2. Plaintiff is ordered to show cause within ten (10) days why sanctions should not be imposed for his failure to file the summonses returned executed;

3. Counsel for defendants Babson and Dehdashti is ordered to SHOW CAUSE within ten (10) days why sanctions should not be imposed for failure to timely file a status report;

4. Plaintiff shall SERVE a copy of this order on defendants who have not appeared and file proof of service of same within ten (10) days;

5. The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the conference.

IT IS SO ORDERED.

DATED: May 26, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT