UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        NO. CIV. S-05-2331 LKK/DAD

    Plaintiff,

  v.

        O R D E R

AUBURN MOTEL INVESTMENT
GROUP, LLC, et al.,

    Defendants.
                                /

    Good cause appearing, Alfred Dobvish, counsel for defendants Babson and Dehdashti, is relieved of the obligation to electronically file documents via the court's CM/ECF website. Said counsel shall file all future documents in paper, by delivery to the Clerk of Court and service by mail on opposing counsel.

    IT IS SO ORDERED.

    DATED: June 20, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT