UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

           NO. CIV. S-05-2331 LKK/DAD

       Plaintiff,

   v.

           O R D E R

AUBURN MOTEL INVESTMENT
GROUP, LLC, et al.,

        Defendants.

_____/

    On May 30, 2006, the court ordered counsel for plaintiff to show cause within ten days why sanctions should not be imposed for his failure to file the summonses returned executed.  Counsel for defendants Babson and Dehdashti was also ordered to show cause within ten days why sanctions should not be imposed for failure to timely file a status report.  The court is in receipt of counsels' responses.  Good cause appearing, the orders to show cause are DISCHARGED.

    IT IS SO ORDERED.

    DATED: July 24, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT