UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

           Plaintiff,

    v.

TRACHUK ENTERPRISES, INC., Individually and dba WHAT A PIZZA; STERLING EQUITY INVESTMENTS, a general partnership; MASSOUD DEHDASHTI; and BETSY BABSON,

           Defendants.

                     NO. CIV. S-05-2331 LKK/DAD

**STATUS (PRETRIAL SCHEDULING) ORDER**

Pursuant to court order, a Status (pretrial scheduling) Conference was held in Courtroom No. 4 on July 24, 2006. SCOTT JOHNSON appeared in propria persona; ALFRED DOBVISH appeared as counsel for defendants Babson and Dehdashti; MIKHAIL TRACHUK, ALEX TRACHUK, and SERGEY TRACHUK, dba What A Pizza, appeared in propria persona. After hearing, the court makes the following findings and

1

orders:

**FURTHER STATUS CONFERENCE**

A further Status Conference is now SET for August 28, 2006 at 2:00 p.m. The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the conference.

IT IS SO ORDERED.

DATED: July 25, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2