UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

    v.

AUBURN MOTEL INVESTMENT
GROUP, LLC, et al.,

        Defendants.
_____/

NO. CIV. S-05-2331 LKK/DAD

O R D E R

    The court is in receipt of Mr. Dovbish's letter. Mr. Dovbish raises two questions. First, he seeks clarification as to the proper caption (case name) of the case. The case caption reflects the caption on the original complaint, even if one of the named defendants is subsequently dismissed. Therefore, the case is properly referenced as <u>Johnson v. Auburn</u>.

    Second, Mr. Dovbish seeks clarification as to the status of named defendant Sterling Equity Investments ("Sterling"). Upon review of the record, it appears that defendant Sterling was properly served with a summons and complaint but failed to answer or otherwise respond. Sterling was served on April 17, 2006 but

failed to file an answer or appear at the July 24, 2006 Status Conference. Accordingly the court hereby ORDERS that:

    1. Plaintiff is directed to forthwith seek default from the Clerk; and

    2. Plaintiff is directed to move for default judgment before the assigned magistrate judge within thirty (30) days.

IT IS SO ORDERED.

DATED: August 4, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT