SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>   Plaintiff,<br><br>vs.<br><br>Auburn Motel Investment Group, LLC;<br>Empire Motel Investment Group, LLC;<br>Massoud Dedashti; Betsy Babson; Sterling<br>Equity Investments; Trachuk Enterprises, Inc.;<br>and DOES 1 through 10, inclusive,<br><br>   Defendants | Case No.: CIV.S 05-CV-02331-LKK-DAD<br><br>**PLAINTIFF'S STIPULATED DISMISSAL OF STERLING EQUITY INVESTMENTS AND  ORDER**<br><br>Complaint Filed: NOVEMBER 18, 2005<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Sterling Equity Investments) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendant (Sterling Equity Investments) is dismissed because Defendant is no longer a proper party to this action.  Sterling

Equity Investments does not have ownership or control over the subject property.  The service of the summons was a substitute service which was made on one of the remaining Defendants and was not properly served.

Dated: August 28, 2006               /s/Scott N. Johnson_____
                                     SCOTT N. JOHNSON
                                     Plaintiff, In Pro Per

**IT IS SO ORDERED**.

Dated: August 28, 2006.

                                     _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT