SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>   Plaintiff,<br><br>   vs.<br><br>Auburn Motel Investment Group, LLC, et al<br><br>   Defendants | Case No.: CIV.S 05-CV-2331-LKK-DAD<br><br>**PLAINTIFF'S STIPULATED DISMISSAL OF TRACHUK ENTERPRISES, INC., INDIVIDUALLY AND D/B/A WHAT A PIZZA AND *Proposed* ORDER**<br><br>Complaint Filed: November 18, 2005<br>First Amended Complaint Filed: March 28, 2006<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Trachuk Enterprises, Inc.) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendant (Trachuk Enterprises, Inc.) is dismissed because Defendant does not exercise control over the property.

1

Dated: September 12, 2006

/s/Scott N. Johnson
SCOTT N. JOHNSON
Plaintiff, In Pro Per

**IT IS SO ORDERED**.

DATED: September 13, 2006.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```