UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

    v.

AUBURN MOTEL INVESTMENT GROUP, LLC, et al.,

        Defendants.
_____/

NO. CIV. S-05-2331 LKK/DAD

O R D E R

    The court is in receipt of defense counsel's letter indicating that he did not receive the tentative pretrial order until May 12, 2008. Good cause appearing, the court AMENDS the Tentative Pretrial Order accordingly:

    (1) Each party may file objections or augmentations to the Tentative Pretrial Order no later than May 28, 2008;

    (2) Each party is granted five days thereafter to respond to the other party's objections;

    (2) If no objections or additions are made by May 28, 2008, the Tentative Pretrial Order will become final without further

1  order from the court.
2       IT IS SO ORDERED.
3       DATED: May 23, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT